

Eric D. Lawson
+1 212 459 7319
ELawson@goodwinlaw.com

Goodwin Procter LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018

goodwinlaw.com
+1 212 813 8800

**MEMO ENDORSED**

March 10, 2020

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/11/2020
```

**VIA CM/ECF**

The Honorable Valerie E. Caproni
United States District Judge
U.S. District Court for the Southern District of New York
40 Foley Square
Room 240
New York, NY 10017

**Re:** *Guglielmo v. Deep Sentinel Corp.*, **No. 19-cv-10606-VEC**
Motion for Extension of Time to File Joint Letter and
for an Adjournment of the Initial Pretrial Conference

Dear Judge Caproni:

In accordance with Federal Rule of Civil Procedure 6(b)(1), Local Civil Rule 5.2(b), Section 2(C) of this Court's Individual Practices in Civil Cases, and Paragraph 2 of this Court's Notice of Initial Pretrial Conference ("IPTC"), Dkt. No. 5, Defendant Deep Sentinel Corporation ("Deep Sentinel") respectfully moves to extend the deadline to file a joint letter in advance of the IPTC to and including **April 13, 2020**. The joint letter is currently due March 12, 2020. This is Deep Sentinel's first request for an extension for the joint letter.

In addition, Deep Sentinel respectfully requests that the Court adjourn the IPTC to **April 20, 2020**, or a later date and time that is convenient for the Court. The IPTC is currently scheduled for March 20, 2020, at 10:00a.m. This is Deep Sentinel's first request for an adjournment of the IPTC.

In support of this Motion, Deep Sentinel states that the Parties are currently engaged in discussions to resolve the claims alleged in Plaintiff's Complaint without further litigation. The parties have reached a tentative agreement in principle but require additional time to finalize terms.

Counsel for Deep Sentinel contacted counsel for Plaintiff to determine Plaintiff's position on the requested extensions, but Plaintiff's counsel has not provided a response as of the filing of this Motion.



Respectfully submitted,

*/s/ Eric D. Lawson*

Eric D. Lawson

Application GRANTED.  The IPTC is adjourned to **April 17, 2020, at 10:00 a.m.**  The parties' preconference letter is due no later than **April 9, 2020**.

SO ORDERED.

3/11/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE



**CERTIFICATE OF SERVICE**

I, Eric D. Lawson, certify that this document filed through the ECF system will be served on March 10, 2020 electronically to the registered participants as identified in the Notice of Electronic Filing (NEF) and by first-class mail, postage prepaid on those identified as non-registered participants.

/s/ Eric D. Lawson